Surisa Rivers (SBN 250868)
Sarah Gross (SBN 292170)
RIVERS LAW, INC., APC
2529 Foothill Blvd., Suite 202
La Crescenta, CA 91214
Phone: (818) 330-7012
Fax: (213) 402-6077
*surisa@riverslawinc.com*

Shawna L. Parks (SBN 208301)
LAW OFFICE OF SHAWNA L. PARKS
4470 W. Sunset Blvd., Suite 107-347
Los Angeles, CA 90027
Phone/Fax: (323) 389-9239
*sparks@parks-law-office.com*

*Attorneys for Plaintiff Abraham P., a minor by and through his guardian ad litem, Sonia O.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM P., a minor by and through his guardian ad litem, SONIA O.,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT; SUPERINTENDENT MICHELLE KING, in her official capacity; ANI OGANESYAN, in her personal capacity; and DOES 1 TO 10, inclusive.<br><br>Defendants. | Case No.: CV 17-3105-GW(FFMx)<br><br>**Order Granting Plaintiff's Unopposed Motion for an Order Approving Minor's Compromise of Pending Action**<br><br>**Date:** August 16, 2018<br>**Time:** 8:30 a.m.<br>**Court:** 9D<br><br>Hon. George H. Wu |

# ORDER

Having read and considered Plaintiff's Unopposed Motion for an Order Approving Minor's Compromise of Pending Action; the Memorandum of Points and Authorities in Support Thereof; the concurrently-filed Declarations of Shawna L. Parks and Sonia O.; the papers and records on file with this Court in this action; and good cause having been shown, the Court finds that the settlement agreement is in the best interest of Plaintiff, Abraham P., the minor.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion to Approve the Minor's Compromise is GRANTED;
2. Plaintiff, Abraham P., shall receive $75,000 in settlement funds, to be transferred directly from the Rivers Law, Inc. Client Trust Account to a California Uniform Transfers to Minor Account, with Abraham P.'s parents Sonia O. and Marvin P., as custodians of the account, to be used for Abraham's care and benefit only;
3. Plaintiff's counsels' attorneys' fees and costs of $145,000, are hereby approved.

IT IS SO ORDERED.

Dated: August 16, 2018

_____
GEORGE H. WU,
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN ORDE R APPROVING MINOR'S COMPROMISE

1